

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _0 5 - 7 0 5_

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

_Sept 27, 05_      _[signature]_
(Date forms issued)      (Signature of Party or their Representative)

_Anthony J Dale_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action