IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLDEN RULE INSURANCE COMPANY, | : | |
| Plaintiff | : | |
| vs. | : | C.A. No. 05-705 |
| ROBERT J. BOYD, | : | |
| Defendant | : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of : David A. Anderson, Esquire, Anderson and Associates, 3802 West 96th Street, Suite 110, Indianapolis, Indiana 46268 to represent Golden Rule Insurance Company in this matter.

TYBOUT, REDFEARN & PELL

BY: _____
B. WILSON REDFEARN, ESQUIRE
Attorney for Plaintiff
I.D. #: 173
300 Delaware Avenue, Suite 1110
Wilmington, DE 19899
(302) 658-6901

Dated: 10/13/05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLDEN RULE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No. 05-705 |
| | : | |
| ROBERT J. BOYD, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this _____ day of _____, 2005;

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.


DATE: _____     _____
                                                            United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLDEN RULE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No. 05-705 |
| | : | |
| ROBERT J. BOYD, | : | |
| | : | |
| Defendant | : | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I am an admitted member in good standing with the Bars of Indiana, Colorado, Illinois and the Federal Bar for the Southern District of Indiana. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which might occur in the preparation or course of this action. I certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this Motion.

Signed: _____
David A. Anderson, Esquire
ANDERSON & ASSOCIATES
3802 West 96th Street
Suite 110
Indianapolis, Indiana 46268