AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Golden Rule Insurance Company

V.

Robert J. Boyd

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05-705-JJF

TO: (Name and address of Defendant)

Robert J. Boyd
111 Belmont Avenue
Wilmington, DE   19804-1552

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

B. Wilson Redfearn, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE   19899

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                NOV 0 8 2005

CLERK                                                       DATE

_Euette Watson_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate approp

☐ Served personally upon the defen

☐ Left copies thereof at the defenda discretion then residing therein.

Name of person with whom the s

☐ Returned unexecuted: _____

☐ Other (specify): _____

**RETURN OF SERVICE**

On November 27, 2005 at 3:30 p.m., I served the within Summons and Complaint personally on Robert J. Boyd, 111 Belmont Avenue, Wilmington, DE 19804-1552.

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

*Donna M. Haase*

By: **DONNA M. HAASE**, Process Server
824 Market St. Suite 112
Wilmington, DE 19801
302-388-7978

SWORN TO AND SUBSCRIBED before me, a Notary Public of the State of Delaware, this 27th day of November 2005.

*Frederick T. Haase, Jr.*
Frederick T. Haase, Jr., Notary Public
My commission expires: 12/16/07

TRAVEL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.