IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLDEN RULE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No. 05-705 |
| | : | |
| ROBERT J. BOYD, | : | |
| | : | |
| Defendant | : | |

## ENTRY OF APPEARANCE

Please enter my appearance as attorney of record for the plaintiff, Golden Rule Insurance Company.

*[signature]*

TIMOTHY S. MARTIN, ESQUIRE
Bar I.D. #: 4578
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
Wilmington, DE 19899