IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLDEN RULE INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff | : <br> : |
| vs. | :    C.A. No. 05-705 <br> : |
| ROBERT J. BOYD, | : <br> : |
| Defendant | : |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to Rule 41(a), this action is dismissed by the plaintiff, without prejudice, prior to the filing of an Answer by an adverse party.

TIMOTHY S. MARTIN, ESQUIRE
Bar I.D. #: 4578
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
Wilmington, DE 19899